AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:03-cr-00353-JAM   Document 134   Filed 01/09/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> JOSE SANCHEZ <br> Date of Original Judgment: 3/28/2005 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 2:03CR353 JAM <br> USM No: 14603-097 <br> DAVID M. PORTER, AFD <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of      180      months **is reduced to**      144     .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    4/4/2005    shall remain in effect.
**IT IS SO ORDERED**.

Effective Date: _____    /s/ John A. Mendez
*(if different from order date)*    *Printed name and title*

JOHN A. MENDEZ, U.S. DISTRICT COURT JUDGE