AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:03-cr-00353-JAM   Document 135   Filed 01/21/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 2:03CR353 JAM |
| JOSE SANCHEZ | ) | |
| | ) | USM No: 14603-097 |
| Date of Original Judgment: 3/28/2005 | ) | |
| Date of Previous Amended Judgment: 1/9/2015 | ) | DAVID M. PORTER, AFD |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   180   months **is reduced to**   144   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   4/4/2005   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   1/21/2015                              /s/ John A. Mendez
                                                                            *Judge's signature*

Effective Date:   11/1/2015                           U. S. DISTRICT COURT JUDGE
*(if different from order date)*                          *Printed name and title*